1052

GLENN A. POPE, JR., ET AL., *Appellants*, v. GRAYS HARBOR COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-2-02269-1, Wm. Thomas McPhee, J., entered June 30, 2003. *Reversed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Hunt, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT B.L. HENDON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-00796-1, Edwin L. Poyfair, J., entered September 4, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Morgan, A.C.J., and Hunt, J.

THE STATE OF WASHINGTON, *Respondent*, v. RYAN NEIL SORENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 03-1-00037-5, Thomas J. Majhan, J., entered November 25, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, J.; Bridgewater, J., dissenting.

THE STATE OF WASHINGTON, *Respondent*, v. EARL LEE ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-1-00869-2, Gary Tabor, J., entered January 30, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.